Ramoni V. Rogers, SR.
Name and Prisoner/Booking Number

USP Tucson
Place of Confinement

P.O. Box 24550
Mailing Address

Tucson, AZ 85734
City, State, Zip Code

FILED ✓ _____ LODGED
RECEIVED _____ COPY

APR 14 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Ramoni Vaughn Rogers, SR.,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Amanda Stangl,
(Full Name of Defendant)

(2) Department of Justice,

(3) B.O.P,

(4) DR. Unkve "Psychology",
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-22-185-TUC-JAS-PSOT
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: USP Tucson, Tucson AZ

## B. DEFENDANTS

1. Name of first Defendant: Amanda Stengl. The first Defendant is employed as: Unit Manager (Position and Title) at USP Tucson (Institution).

2. Name of second Defendant: DR. Unrue. The second Defendant is employed as: as: Psychologist (Position and Title) at USP Tucson (Institution).

3. Name of third Defendant: B.O.P Warden. The third Defendant is employed as: Warden (Position and Title) at USP Tucson (Institution).

4. Name of fourth Defendant: DOJ. The fourth Defendant is employed as: Department of Justice (Position and Title) at Tucson (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __2__. Describe the previous lawsuits: Deliberate Indifferen[ce]

   a. First prior lawsuit:  Ramori v. Rogers, et
      1. Parties: ~~Buttion, Averez & Williams~~ Ramori v. Gellion, Averez, & Williams/others
      2. Court and case number: 4:21-CV-00206-JAS-PSOT
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) Yes still pending Awaiting Response & Summary Ruling

   b. Second prior lawsuit:
      1. Parties: Rogers v. Ramori v. Lincoln County Jail
      2. Court and case number: Unknown
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) Dismissed without

   c. Third prior lawsuit:
      1. Parties: N/A v.
      2. Court and case number: N/A
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2-of-6

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Deprived me du-process and Right to file in the court.

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☑ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I Applied for Compassionate Release after filing here at USP Tucson with the Eight Circuit Federal Court. The Court then compelled the B.O.P to send a Response. The B.O.P Responded with a fictitious Response with false statements from my psychology Report. The Report said I shouldn't be Released, because I told psychology demongs other things "I just a sexual Person and my charges are no big deal." The B.O.P went further to state that my Recidivism Rate was high. The Court then took these comments into consideration and denied me Compassionate Release. Furthermore these malicious and fictitious comments then became public Records. After trying to Exhaust my Administrative Remedies and have the lies Removed from my files and a correct Response given to the court, case Manager MRS. Stangl Threatened me with disciplinary actions, which violate my due process and Rights to the court. I have every Email to the Warden, to Mrs. Stangl for being very very pacific of my complaint. But instead of trying to uncover the truth, she sent Mr. Tate to tell me that if I attempt to pursue any Remedies I could be written up.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   The Courts denied my Compassionate Release, Mrs. Stangl has knowingly allowed my name to be defamed, I caught Covid as a Result of being here, And several friends and family Reposted these lies on social media. I still suffer from Covid injuries.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☑ No
   b. Did you submit a request for administrative relief on Count I?   ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Because I have documented Proof that Mrs. Stangl Threaten me via Case Manager Mr. Tate and in Email. If I pursue this matter I'll Receive Disciplinary actions, which deprived me of my ~~whole~~ Rights to due Process.

3-of-6

## COUNT II

1. State the constitutional or other federal civil right that was violated: Conspiracy to prevent Due process, Conspiracy to violate my Constitutional Rights

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Conspiracy to deprive

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Mrs. Stangl, DR. Vareva, B.O.P. Tucson Warden & D.O.J. Conspired together to Supply the Federal Court Judge John A. Ross with misleading falsified federal documents pertaining to my Request for Compassionate Release. Mrs. Stangl and other Staff members Continues to cover it up, denys its existence when it's now public Records for family, friends, future Jobs and business opportunities to Read. When asked for the names of the Author of said Response, the Warden sent me to Mrs. Stangl. DR. Vareva acknowledged that those statements are not in my file therefore acknowledging it's a lie. Then I go to Mrs. Stangl via a meeting on February 14th, then several documented Emails. Then on 03-16-2022 Mrs. Stangl sent my Case Manager to tell me if I continue to pursue this matter I'll be diciplined.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I live in fear of pursing my due process, depriving my Rights to the Courts and defamed my Character. This is malicious, and done with malice Intent and all listed plays a part in this Conspiracy

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☑ Yes  ☑ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Mrs. Stangl informed me via Case Manager Mr. Tate that if I ask for Relief, names or Remidies I'll be met with diciplinary Sanctions.

4-of-6

## COUNT III

1. State the constitutional or other federal civil right that was violated: Free from Retaliation Violation of 1st Amendment

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities      ☐ Mail           ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property     ☐ Exercise of religion  ☑ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   After filing for Compassionate Relief in the Eight Circuit, staff here at USP Tucson Responded with lies. After several attempts to cover the lies up, I continued to write the Warden "Documented", wrote Psychology "Documented", wrote to my Case manager "Documented" And Conversed and Emailed with Mrs Stengl. I was threaten with disciplinary actions for filing with the Warden. I asked time and time again.
   Threatening me was done out of Retaliation for filing with the Warden and wanting to Exhaust my Remedies.
   Lastly, Mrs Stengl Retaliation steams from a previously filed suit against her for failure to protect, and several attempts to file grievances.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Fear, Emotional distress, deprivation of my Constitutional Right to be free from Cruel & unusual punishment

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☑ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Because I was threaten by My Unit Manager Mrs. Stengl

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

① A proper Response provided to the Court. ② My public file Sealed from the lies ③ Grant my Compassionate Release to Supervised Release and or home confinement. ④ A true Statement of my file provided to the public and my family. ⑤ Any cost associated with this claim paid in full by the Defendants. ⑥ One hundred thousand A month that I've been injured from their conspiracy, defamation of character, Deprivation of my due process, intentional distress, And by threats and intimidation by Mrs. Stangl.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04-10-2022
DATE

_Ramori V Rogers Sr._
SIGNATURE OF PLAINTIFF

⇔45663-044⇔
Ramori V Rogers Sr.
PO BOX 24550
Tucson, AZ 85734
United States

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6-of-6